**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **MOHAMED NADER ALSHEREF,** | **)** | |
| | **)** | |
| **Petitioner,** | **)** | |
| | **)** | |
| **v.** | **)** | **Case No. CIV-26-89-G** |
| | **)** | |
| **KRISTI NOEM, et al.,** | **)** | |
| | **)** | |
| **Respondents.** | **)** | |

## ORDER

On January 20, 2026, Petitioner Mohamed Nader Alsheref, a noncitizen proceeding with counsel, filed his Petition for Writ of Habeas Corpus. Doc 1. The Court set a briefing schedule, Doc. 6. Respondents filed a timely Response brief, Doc. 12, and Petitioner filed a timely Reply brief, Doc. 13. In his Petition, Petitioner alleges that he was re-detained by Immigration and Customs Enforcement ("ICE") on June 19, 2025. Doc. 1 at 7. However, Respondents allege that Petitioner was re-detained on July 26, 2025. Doc. 12 at 4; *see also* Doc. 12-1 at ¶ 12 (ICE Officer Aaron Nation Declaration); Doc. 12-4 at ¶ 4 (ICE Officer Hassan Safy Declaration). In his Reply, Petitioner reiterates that he was taken into custody by Respondents on June 19, 2025. Doc. 13 at 3. However, Petitioner also states that he was re-detained in July of 2025. *See* Doc. 1 at 2 ("In July of 2025, Petitioner's manner of custody was arbitrarily changed from constructive to physical."); Doc. 13 at 7 ("Petitioner was re-detained on July 26, 2025, and a travel document was not even requested by ICE until July 30, 2025.").

The date of Petitioner's re-detention by ICE may be pertinent to the disposition of this case.  ICE is entitled to a presumption that Petitioner's detention is reasonable for six months.  *Zadvydas v. Davis*, 533 U.S. 678, 701 (2001).  If Petitioner was re-detained on June 19, 2025, he filed the Petition more than six months after his re-detention.  *See* Doc. 1 at 12 (dating Petition on January 20, 2026).  If Petitioner was re-detained on July 26, 2025, he filed the Petition six days before the six months had passed.

Accordingly, the Court **ORDERS** supplemental briefing on the date of Petitioner's re-detention.  Specifically, parties shall address when ICE re-took physical custody of Petitioner in 2025, and the circumstances of Petitioner's custody or release from June 19, 2025, to July 26, 2025.  Parties shall also address whether Petitioner was moved or transferred to, from, or within ICE custody, as well as any additional relevant information relating to ICE's custody of Petitioner since his re-detention.  Both parties shall submit a supplemental brief, not to exceed four pages, providing all relevant information.  Parties shall file their supplemental briefs **not later than February 26, 2026**.

**IT IS SO ORDERED** this 23rd day of February, 2026.

CHRIS M. STEPHENS
UNITED STATES MAGISTRATE JUDGE

2