# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **MOHAMED NADER ALSHEREF,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-89-G** |
| | ) | |
| **MARKWAYNE MULLIN, Secretary,** | ) | |
| **U.S. Department of Homeland Security,**[1] | ) | |
| **et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |

## ORDER

On March 23, 2026, certain Respondents filed an Objection (Doc. No. 18) to the Report and Recommendation issued on March 16, 2026 (Doc. No. 17).

Given the expedited nature of the proceedings, Petitioner Mohamed Nader Alsheref is DIRECTED to file any response to Respondents' Objection (Doc. No. 18) on or before April 2, 2026.

IT IS SO ORDERED this 26th day of March, 2026.

_____
CHARLES B. GOODWIN
United States District Judge

---

[1] The current Secretary is hereby substituted as Respondent pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.